(153 App. Div. 153.)

MORITZ et al. v. MORITZ.

(Supreme Court, Appellate Division, First Department.   November 15, 1912.)

Appeal from Special Term, New York County.

Action by George F. Moritz and others against Anna V. Moritz. From a judgment entered upon a decision after a trial at Special Term, defendant appeals.   Reversed, and complaint dismissed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Charles A. Decker, of New York City, for appellant.
John P. Mitchell, of New York City, for respondents.

SCOTT, J.   For the reasons stated at length in action No. 1 of this title (138 N. Y. Supp. 124), I am of opinion that the judgment appealed from should be reversed, and the complaint dismissed, with costs to appellant in this court and the court below.

INGRAHAM, P. J., and CLARKE, J., concur.   MILLER and DOWLING, JJ., dissent.